**Order entered March 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01578-CV

## NMF PARTNERSHIP, Appellant

## V.

## DALLAS COUNTY, ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-02335**

### ORDER

Before the Court is appellees' March 24, 2020 motion requesting a sixty-day extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **May 26, 2020**.

/s/    ERIN A. NOWELL
         JUSTICE